IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **Jeffrey Parchman and Nancy Carlin,** ] <br> **individually and on behalf of all others** ] <br> **similarly situated,** ] <br> ] <br>         **Plaintiffs,** ] <br> ] <br> v. ] <br> ] <br> **SLM Corporation, Navient Corporation,** ] <br> **Navient Solutions Inc. f/k/a Sallie Mae** ] <br> **Inc., and Sallie Mae Bank,** ] <br> ] <br>         **Defendants.** ] | **Case No: 2:15-cv-02819-JTF-cgc** <br> **JURY DEMAND** <br> **Judge John T. Fowlkes, Jr.** <br> **Magistrate Charmiane G. Claxton** |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Due to the death of Plaintiff Jeffrey Parchman, Plaintiffs respectfully move for leave to amend their complaint to add Mr. Parchman's daughter and mother as additional plaintiffs. Mr. Parchman's daughter is his successor in interest, and his mother has her own independent claim based on the same facts alleged in the amended complaint. Specifically, Mr. Parchman and his mother shared the cellular telephone that received the calls at issue in this action, and Mr. Parchman's mother was the recipient of some of those calls. Indeed, Mr. Parchman's mother was the account holder for the cellular service for the phone. *See* Exhibit A attached hereto.

Federal Rule of Civil Procedure 15(a)(2) provides that the Court "should freely give leave when justice so requires," and Rule 15(d) provides that the Court may "permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Plaintiffs seek to serve a supplemental

pleading setting out the fact of Mr. Parchman's death, which occurred after the date the amended complaint was filed, and to add Mr. Parchman's mother, who has decided to pursue her own independent claim in light of her son's death.[1]  Justice requires that Plaintiffs be permitted to do, and their motion should be granted.

Respectfully Submitted,

**THE HIGGINS FIRM, PLLC**

**/s/ Benjamin J. Miller**
**BENJAMIN J. MILLER, BPR No. 25575**
525 4th Ave. South
Nashville, TN 37210
(615) 353-0930
ben@higginsfirm.com

**JAMES A. DUNLAP JR.**
Georgia State Bar No.  003280
**JAMES A. DUNLAP JR. & ASSOCIATES LLC**
4403 Northside Parkway NW Suite 1413
Atlanta, Georgia  3032
404-354-2363
404-745-0195 (fax)
jim@jamesdunlaplaw.com

*Attorneys for Plaintiffs*

---

[1] It should be noted that Mr. Parchman's mother is entirely free to file her own, separate lawsuit, but given the nearly identical issues of law and fact it would certainly be consolidated with this action anyway.  Judicial economy compels allowing her to join by amendment.

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017 this document was served via the Court's CM/ECF email notification system on:

Lisa M. Simonetti
**Vedder Price (CA), LLP**
1925 Century Park E., Suite 1900
Los Angeles, CA 90067
(424) 204-7700
lsimonetti@vedderprice.com

Odell Horton, Jr.
**Wyatt, Tarrant & Combs, LLP**
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120-4367
(901) 537-1000
ohorton@wyattfirm.com

            **/s/ Benjamin J. Miller**
            **BENJAMIN J. MILLER**