## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JEFFREY PARCHMAN and NANCY CARLIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SLM CORPORATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. f/k/a Sallie Mae, Inc., and SALLIE MAE BANK,<br><br>     Defendants. | No. 2:15-cv-02819-JTF-cgc |

### DEFENDANT SALLIE MAE BANK'S STATUS REPORT

In connection with the Status Conference set for Friday, January 27, 2017, defendant Sallie Mae Bank ("SMB") submits this Status Report. On January 4, 2017, counsel for plaintiff Jeffrey Parchman ("Parchman") informed SMB's counsel that he had passed away. Counsel did not state when this had occurred. Based upon SMB's subsequent investigation, it appears that Parchman passed away more than eight months ago, on or about May 25, 2016. (A true and correct copy of the obituary is attached hereto as Exhibit A.) Accordingly, counsel have been prosecuting this matter since that time without a client, including through mediation before the Honorable William Cahill (Ret.) of JAMS on December 6, 2017.[1] SMB believes that this conduct is improper in numerous respects, and calls into question the adequacy of counsel to

---

[1] In response, counsel may suggest that Nancy Carlin ("Carlin") is a client on these claims. Very simply, she is not. As set forth in the Motion to Sever and to Dismiss submitted by defendant Navient Solutions, Inc. ("NSI"), NSI had no relationship to Mr. Parchman whatsoever. Instead, NSI has a relationship only with Carlin, but the Court lacks jurisdiction over her claims. (See Docket Entries 42, 54.)

-2-

seek to represent any class, among other things.  Therefore, on January 27, 2017, SMB will file

oppositions to the pending motion to amend to add new plaintiffs and to extend the scheduling

order, and the motion to compel, along with a motion to preclude certification of the proposed

class.

Respectfully submitted,

SLM CORPORATION, NAVIENT
CORPORATION, NAVIENT SOLUTIONS,
INC. f/k/a Sallie Mae, Inc., and SALLIE MAE
BANK

By:      /s/ Lisa M. Simonetti
            One of Their Attorneys

Lisa M. Simonetti, Esq.
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 (424) 204 7700
(admitted *pro hac vice*)

Odell Horton , Jr. (#12426)
Wyatt Tarrant & Combs
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
T:  +1 (901) 537 1082

Dated:     January 25, 2017

# EXHIBIT A

Case 2:15-cv-02819-JTF-cgc   Document 67   Filed 01/25/17   Page 4 of 5   PageID 304

# Garner Funeral Home

## Jeffery Ray Parchman
(Died May 25, 2016)

Jeffrey Ray Parchman, 56, of Ripley passed away Wednesday, May 25, 2016. Visitation will be held from 5 until 8 PM Saturday at Garner Funeral Home in Ripley. Funeral services will be 2 PM Sunday at Garner Funeral Home with burial to follow in Ripley Memorial Gardens. Mr. Parchman ,an auto body works and paint technician, was a veteran of the U.S. Army.

The son of the late Bobby Ray Parchman, Jeff is survived by his mother Ann Childress Parchman, a daughter April Parchman of Corinth, MS, and 3 grandchildren.

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

Benjamin J. Miller
The Higgins Firm, PLLC
525 4th Avenue South
Nashville, TN 37210
Via ECF

James A. Dunlap , Jr.
JAMES A. DUNLAP, JR. & ASSOCIATES, LLC
310 Windsor Gate Cove, NE
Atlanta, GA 30342
Via ECF

/s/ Lisa M. Simonetti
Lisa M. Simonetti