# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated; and Ann Parchman, individually and on behalf of all others similarly situated,**<br><br>    Plaintiffs,<br><br>v.<br><br>**SLM Corporation, Navient Corporation, Navient Solutions Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank,**<br><br>    Defendants. | **Case No: 2:15-cv-02819-JTF-cgc**<br>**JURY DEMAND**<br>**Judge John T. Fowlkes, Jr.**<br>**Magistrate Charmiane G. Claxton** |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTION TO PRECLUDE CLASS CERTIFICATION AND STRIKE CLASS ALLEGATIONS

Plaintiffs move for a 30 day extension to file their response to defendants' *Motion to Preclude Class Certification and Strike Class Allegations* (RE 140). Defendants' motion raises significant issues that will require a thorough response, and due to the holidays and a one week jury trial that it scheduled to begin on January 14, 2019 it will be difficult for counsel to devote appropriate time to the response until afterward. There are currently no other deadlines or hearings in place that would be affected, and defendants do not oppose the request. For these reasons, plaintiffs request an extension from December 31, 2018 to January 30, 2019.

Respectfully Submitted,

**THE HIGGINS FIRM, PLLC**

**/s/ Benjamin J. Miller**
**BENJAMIN J. MILLER, BPR No. 25575**
525 4th Ave. South
Nashville, TN 37210
(615) 353-0930
ben@higginsfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONSULTATION AND CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018 Lisa Simonetti confirmed via email that defendants do not oppose plaintiffsø request. I further certify that on December 21, 2018 this document was served via the Courtøs CM/ECF email notification system on:

Lisa M. Simonetti
VEDDER PRICE (CA), LLP
1925 Century Park E., Suite 1900
Los Angeles, CA 90067
(424) 204-7700
lsimonetti@vedderprice.com

Odell Horton, Jr.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120-4367
(901) 537-1000
ohorton@wyattfirm.com

Bryan K. Clark
VEDDER PRICE, PC
222 North LaSalle Street
Chicago, IL 60601
(312) 609-7810
bclark@vedderprice.com

**/s/ Benjamin J. Miller**
**BENJAMIN J. MILLER**