# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **APRIL PARCHMAN, as administrator ad litem of the estate of JEFFREY PARCHMAN, deceased, individually and on behalf of all others similarly situated; and ANN PARCHMAN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SLM CORP., NAVIENT CORP., NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE INC., and SALLIE MAE BANK,**<br><br>**Defendants.** | **Case No: 2:15-cv-02819-JTF-cgc** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE A RESPONSE TO DEFENDANTS' MOTION TO PRECLUDE CLASS CERTIFICATION AND TO STRIKE CLASS ALLEGATIONS**

Before the Court is Counsel for Plaintiffs' Motion for a 30 day extension to file their response to Defendants' Motion to Preclude Class Certification and Strike Class Allegations that was filed on December 21, 2018. (ECF No. 141.) For good cause shown, the motion is Granted. Plaintiffs shall have an extension from December 31, 2018 until Wednesday, January 30, 2019, in which to file a response.

**IT IS SO ORDERED** on this 28th day of December, 2018.

*s/John T. Fowlkes, Jr.*
**JOHN T. FOWLKES, JR.**
**UNITED STATES DISTRICT JUDGE**