# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| APRIL PARCHMAN, as Administrator Ad Litem for Cause of Action Only on behalf of the Estate of Jeffrey Parchman, and ANN PARCHMAN, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>SLM Corporation, NAVIENT CORP., NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE INC., and SALLIE MAE BANK,<br><br>**Defendants.** | Case No: 2:15-cv-02819-JTF-cgc |

## ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY

Before the Court is Defendants SLM Corporation, Navient Corporation, Sallie Mae Bank and Navient Solutions, LLC ") Motion for Leave to File a Reply to Plaintiffs' Response in Opposition to Motion to Preclude Class Certification and Strike Class Allegations that was filed on February 6, 2019. (ECF No. 146.) The motion is well-taken. Accordingly, Defendants are granted leave to file a reply.

**IT IS SO ORDERED** on this 11th day of February, 2019.

*s/John T. Fowlkes, Jr.*
**JOHN T. FOWLKES, JR.**
**UNITED STATES DISTRICT JUDGE**