IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| APRIL PARCHMAN as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated, and ANN PARCHMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SLM CORPORATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. f/k/a Sallie Mae, Inc., and SALLIE MAE BANK, | No. 2:15-cv-02819-JTF-cgc |

## DEFENDANTS' NOTICE OF APPEARANCE RE CHANGE OF FIRM AND ADDRESS OF LISA M. SIMONETTI

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Lisa M. Simonetti of Greenberg Traurig, LLP, hereby appears as counsel of record on behalf of all defendants and requests that copies of all notices, motions and other filings be directed to the following address:

  Lisa M. Simonetti
  Email:  SimonettiL@gtlaw.com
  GREENBERG TRAURIG, LLP
  1840 Century Park East, Suite 1900
  Los Angeles, CA 90067
  Phone: (310) 586-7700
  Facsimile: (310) 586-7800

Dated:  February 28, 2019      Respectfully submitted,

              By: /s/ Lisa M. Simonetti
                Lisa Simonetti
                GREENBERG TRAURIG, LLP
                Email:  SimonettiL@gtlaw.com

ACTIVE 41792973v1

GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Phone: (310) 586-7700
Facsimile: (310) 586-7800

Odell Horton , Jr.
Wyatt Tarrant & Combs
ohorton@wyattfirm.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Tel: (901) 537 1082
Fax:  (901) 537 1010

*ACTIVE 41792973v1*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

Benjamin J. Miller
THE HIGGINS FIRM, PLLC
525 4th Avenue South
Nashville, TN 37210

James A. Dunlap, Jr.
JAMES A. DUNLAP, JR. & ASSOCIATES, LLC
310 Windsor Gate Cove, NE
Atlanta, GA 30342

/s/ Lisa M. Simonetti
Attorney for Defendant Navient Solutions, LLC

Lisa M. Simonetti
Email:  SimonettiL@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Phone: (310) 586-7700
Facsimile: (310) 586-7800

ACTIVE 41792973v1