# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **APRIL PARCHMAN, as Administrator Ad Litem of the Estate of Jeffrey Parchman, deceased and on behalf of all others similarly situated and ANN PARCHMAN, individually and on behalf of all others similarly situated,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**SLM CORP., NAVIENT CORP., NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE INC., and SALLIE MAE BANK,** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **Case No: 2:15-cv-02819-JTF-cgc** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Before the Court is attorney Bryan K. Clark's unopposed Motion to Withdraw as counsel on behalf of Defendants SLM Corporation, Navient Corporation, Navient Solutions, Inc., f/k/a Sallie Mae Bank and Sallie Mae Bank (collectively, "Defendants") filed on March 8, 2019. (ECF No. 151.) The motion is well-taken. Accordingly, Bryan K. Clark is allowed to withdraw as counsel for Defendants in this case.

**IT IS SO ORDERED** on this 12th day of March, 2019.

*s/John T. Fowlkes, Jr.*
**JOHN T. FOWLKES, JR.**
**UNITED STATES DISTRICT JUDGE**