IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated; and Ann Parchman, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SLM Corporation, Navient Corporation, Navient Solutions Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank,<br><br>    Defendants. | Case No: 2:15-cv-02819-JTF-cgc |

## [PROPOSED] SCHEDULING ORDER

Pursuant to the Court's instructions at the December 6, 2019 Status Conference, the parties submit this proposed Scheduling Order to amend and supplement the Scheduling Order entered on April 29, 2016 and establish final deadlines, as follows:

**COMPLETING ALL DISCOVERY**: July 17, 2020.

(a)  **WRITTEN DISCOVERY**: June 5, 2020.
(b)  **DEPOSITIONS**: July 17, 2020.

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2):**

(a)  **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: May 15, 2020.
(b)  **DISCLOSURE OF DEFENDANTS' (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**: May 29, 2020.
(c)  **EXPERT WITNESS DEPOSITIONS**: July 17, 2020.

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: August 7, 2020.

**FILING DISPOSITIVE MOTIONS**: September 11, 2020.

**IT IS SO ORDERED** on this ___ day of _____.

> s/_____
> **JOHN T. FOWLKES, JR.**
> **UNITED STATES DISTRICT JUDGE**