### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **APRIL PARCHMAN, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated; and ANN PARCHMAN, individually and on behalf of all others similarly situated,** | ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 2:15-cv-02819-JTF-cgc** |
| **v.** | ) ) | |
| **SLM CORPORATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS INC. f/k/a/ SALLIE MAE INC., and SALLIE MAE BANK,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

### SCHEDULING ORDER

Pursuant to the Court's instructions at the December 6, 2019 Status Conference, the parties submitted this proposed Scheduling Order to amend and supplement the Scheduling Order entered on April 29, 2016 and to establish final deadlines. The following dates are established as the final deadlines for:

**COMPLETING ALL DISCOVERY**: July 17, 2020

**WRITTEN DISCOVERY**: June 5, 2020

**DEPOSITIONS**: July 17, 2020

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

    **(a)** **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: May 15, 2020

    **(b)** **DISCLOSURE OF DEFENDANT'S (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**: May 29, 2020

    **(c)** **EXPERT WITNESS DEPOSITIONS**: July 17, 2020

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: August 7, 2020

**FILING DISPOSITIVE MOTIONS**: September 11, 2020

**IT IS SO ORDERED** this 27th day of December 2019.

_s/John T. Fowlkes, Jr._

JOHN T. FOWLKES, JR.,
United States District Judge