# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated,** )<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SLM Corporation, Navient Corporation, Navient Solutions, Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank,** )<br>)<br>)<br>)<br>**Defendants.** )<br>) | Case No. 2:15-cv-02819-JTF-cgc |

## ORDER GRANTING PARTIES' JOINT MOTION REGARDING MOTIONS FOR SUMMARY JUDGMENT

Before the Court is Plaintiff April Parchman and Defendants Sallie Mae Bank, SLM Corporation, Navient Corporation, and Navient Solutions LLC's Joint Motion Regarding Motions for Summary Judgment, filed on October 20, 2020. (ECF No. 202.) For good cause shown, the Motion is **GRANTED**. Accordingly, Plaintiff shall have until October 22, 2020 to submit a Response to Defendants Sallie Mae Bank and SLM Corporation's Statement of Undisputed Facts (ECF No. 195-1), and Defendants shall have until November 5, 2020 to submit their replies in support of their Motions for Summary Judgment (ECF Nos. 188 & 189).

**IT IS SO ORDERED** this 27th day of October, 2020.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge
