IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SLM Corporation, Navient Corporation, Navient Solutions Inc., f/k/a Sallie Mae Inc., and Sallie Mae Bank,<br><br>    Defendants. | Case No: 2:15-cv-02819-JTF-CGC |

**MOTION FOR CLARIFICATION**

Defendant Sallie Mae Bank ("SMB") hereby moves to clarify the filing deadline for its Reply in Support of Its Motion to Exclude Plaintiff's Expert Jeffrey Hansen under Federal Rule of Evidence 702 ("Motion"). In support thereof, SMB states as follows:

1. On August 21, 2020, SMB filed the Motion [Dkt. 181].

2. On October 9, 2020, Plaintiff submitted her Response to the Motion [Dkt. 198].

3. On October 15, SMB moved for leave to file a Reply [Dkt. 200], which the Court granted [Dkt. 201].

4. SMB has realized that its proposed order, which was adopted by the Court, inadvertently set the Reply deadline for Saturday, November 7, 2020 [Dkt. 201].

5. SMB intended to seek a deadline of Monday, November 9, 2020.

6. Although the procedural rules may automatically push the deadline to the following Monday, November 9 (*see* F.R.C.P. 6(a)(1)(C)), in an abundance of caution and in deference to

the Court, SMB respectfully moves for clarification and confirmation that it may submit the Reply on Monday, November 9.

WHEREFORE, SMB respectfully requests the Reply deadline be set for November 9, 2020.

Respectfully submitted this 2nd day of November, 2020.

/s/ *Lindsay N. Aherne*
LINDSAY N. AHERNE
Ahernel@gtlaw.com

LISA M. SIMONETTI
simonettil@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone:    310.586.7700
Facsimile:    310.586.7800

Odell Horton, Jr.
Wyatt Tarrant & Combs
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Telephone: 901.537.1082

*Attorneys for Defendants*

## CERTIFICATE OF CONSULTATION

On October 30, 2020 and November 2, 2020, counsel for Defendants and Plaintiff conferred via e-mail regarding the relief sought herein. Plaintiff's counsel stated that Plaintiff does not oppose the Motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 20202, a copy of the foregoing was filed using the Court's CM/ECF which will send notification to the following:

    Benjamin J. Miller
    Sarah Calk
    The Higgins Firm, PLLC
    525 4th Ave S
    Nashville, TN 37210
    ben@higginsfirm.com
    scalk@higginsfirm.com

    *Counsel for Plaintiff*

    By:  */s/  Lindsay N. Aherne*