IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated,**<br><br> Plaintiff,<br><br>v.<br><br>**SLM Corporation, Navient Corporation, Navient Solutions Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank,**<br><br> Defendants. | **Case No: 2:15-cv-02819-JTF-cgc**<br>**JURY DEMAND**<br>Judge John T. Fowlkes, Jr.<br>Magistrate Charmiane G. Claxton |

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action. All individual claims are dismissed with prejudice. All putative class claims are dismissed without prejudice. The parties are responsible for their own costs and attorney fees.

Stipulated by:

**THE HIGGINS FIRM, PLLC**

**/s/ Benjamin J. Miller**
**BENJAMIN J. MILLER (#25575)**
525 4th Ave. South
Nashville, TN 37210
(615) 353-0930
ben@higginsfirm.com

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

**/s/ Lisa M. Simonetti (with permission)**
**LISA M. SIMONETTI (admitted *pro hac vice*)**
1840 Century Park E Ste 1900
Los Angeles CA 90067-2121
(310) 586-7824
simonettil@gtlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021 this document was served via the court's

CM/ECF email notification system on:

Lisa M. Simonetti
GREENBERG TRAURIG, LLP
1840 Century Park E Ste 1900
Los Angeles CA 90067-2121
simonettil@gtlaw.com

Odell Horton, Jr.
WYATT, TARRANT & COMBS, LLP

1715 Aaron Brenner Dr Ste 800
Memphis TN 38120-1445
ohorton@wyattfirm.com

               **/s/ Benjamin J. Miller**
               **BENJAMIN J. MILLER**