# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated,** )<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SLM Corporation, Navient Corporation, Navient Solutions, Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank,** )<br>)<br>)<br>)<br>**Defendants.** )<br>) | Case No. 2:15-cv-02819-JTF-cgc |

## ORDER DISMISSING CASE

This matter comes before the Court upon the Parties' Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on March 3, 2021. (ECF No. 218.) The Court, being duly advised, finds that this action is **DISMISSED**. All individual claims in this action are **DISMISSED** with prejudice. All putative class claims in this action are **DISMISSED** without prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED** this 5th day of March, 2021.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge