UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**April Parchman, as administrator ad litem of the estate of Jeffrey Parchman, deceased, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.                             Case No. 2:15-cv-02819-JTF-cgc

**SLM Corporation, Navient Corporation, Navient Solutions, Inc. f/k/a Sallie Mae Inc., and Sallie Mae Bank,**

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case, entered on March 5, 2021. (ECF No. 219.) All individual claims in this action are dismissed with prejudice. All putative class claims in this action are dismissed without prejudice.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                         THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE        CLERK

March 5, 2021                                 Cory A. Chitwood
DATE                                           (By) LAW CLERK